IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLAIR DOUGLASS,

      Plaintiff,                        22cv0236
                                           LEAD CASE

      v.

LEGRAND NORTH AMERICA, LLC,

      Defendant.

BLAIR DOUGLASS,

      Plaintiff,                        22cv0240
                                           MEMBER CASE

      v.

PRX PERFORMANCE, INC.,

      Defendant.

BLAIR DOUGLASS,

      Plaintiff,                        22cv0242
                                           MEMBER CASE

      v.

FOREST DECOR, LLC,

      Defendant.

BLAIR DOUGLASS,

      Plaintiff,                        22cv0249
                                           MEMBER CASE

      v.

QUINCY BIOSCIENCE, LLC,

      Defendant.

1

BLAIR DOUGLASS,

        Plaintiff,                      22cv0250
                                                MEMBER CASE

        v.

LUCKY HEALTH GROUP, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                      22cv0257
                                                MEMBER CASE

        v.

REPRESENT YOUR WATER INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                      22cv0261
                                                MEMBER CASE

        v.

PERFORMIX LLC,

        Defendant.

BLAIR DOUGLASS,

        Plaintiff,                      22cv0262
                                        MEMBER CASE

      v.

TRP ACQUISITION, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                      22cv0263
                                        MEMBER CASE

      v.

THREADBEAST, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                      22cv0264
                                        MEMBER CASE

      v.

HARDBODY SUPPLEMENTS, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                      22cv0268
                                        MEMBER CASE

      v.

COVE SMART, LLC,

        Defendant.

| | |
|---|---|
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0286<br>MEMBER CASE |
| v. | |
| TERVIS TUMBLER COMPANY, | |
| Defendant. | |
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0287<br>MEMBER CASE |
| v. | |
| DOS OF ROSES, INC., | |
| Defendant. | |
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0288<br>MEMBER CASE |
| v. | |
| MASSDROP INC., | |
| Defendant. | |
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0289<br>MEMBER CASE |
| v. | |
| ALPHA OES, LLC., | |
| Defendant. | |

4

BLAIR DOUGLASS,

        Plaintiff,                                22cv0297
                                                MEMBER CASE

            v.

JEWELSCENT, INC.,

        Defendant.

BLAIR DOUGLASS,

        Plaintiff,                                22cv0305
                                                MEMBER CASE

            v.

DIRECT MARKETING VENTURES, LLC,

        Defendant.

BLAIR DOUGLASS,

        Plaintiff,                                22cv0306
                                                MEMBER CASE

            v.

TRUEWERK, INC.,

        Defendant.

BLAIR DOUGLASS,

        Plaintiff,                                22cv0314
                                                MEMBER CASE

            v.

STRIDELINE, LLC.,

        Defendant.

BLAIR DOUGLASS,

        Plaintiff,                          22cv0315

                                               MEMBER CASE

        v.

JOAH BROWN, LLC

        Defendant.

## CONSOLIDATION ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 22-240, 22-242, 22-249, 22-250, 22-257, 22-261, 22-262, 22-263, 22-264, 22-268, 22-286, 22-287, 22-288, 22-289, 22-297, 22-305, 22-306, 22-314, and 22-315 are hereby consolidated with **Civil Action No. 2:22-cv-236**, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 2: 22-cv-236.**

3. The Clerk of Court shall **close** Civil Action Nos. 22-240, 22-242, 22-249, 22-250, 22-257, 22-261, 22-262, 22-263, 22-264, 22-268, 22-286, 22-287, 22-288, 22-289, 22-297, 22-305, 22-306, 22-314 and 22-315.

                                              **SO ORDERED** this 23rd day of February, 2022.

                                              s/Arthur J. Schwab
                                              Arthur J. Schwab
                                              United States District Judge